# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN, et al.,<br><br>Defendants. | **Case No. 1:16-cv-01562-LJO-SKO (PC)**<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVICE OF PROCESS ON DEFENDANT A. ACEVEDO, CORRECTIONAL COUNSELOR I**<br><br>**21-DAY DEADLINE** |

Recently, the United States Marshals Service attempted service on Defendant A. Acevedo, CCI. However, after multiple checks, the California Department of Corrections and Rehabilitation, Kern Valley State Prison, and North Kern State Prison all confirm that no one by that name worked, or currently works within those facilities. (Doc. 23.) Thus, the Marshals' Service is unable to locate Defendant A. Acevedo for service of process in this action.

Thus, Plaintiff is being given opportunity to provide all additional information that he believes might assist in identifying and/or locating A. Acevedo. The First Amended Complaint (Doc. 13) indicates that four days after Plaintiff arrived at KVSP, he went before A. Acevedo in preparation for an upcoming parole hearing and that A. Acevedo was on the January 14, 2016 "Classification Committee" who evaluated Plaintiff for placement. If Plaintiff has any paperwork from either of these events (or any other events) with information identifying A. Acevedo, he should submit copies of them with his response to this order. Plaintiff should also provide information such as the place, date, and time that he saw A. Acevedo and all identifying attributes that he can recall about Acevedo such as gender, hair color, height, weight, and the like.

1

Accordingly, **within 21 days** from the date of this order, the Court **ORDERS** Plaintiff to provide additional information to identify Defendant A. Acevedo, CCI so that service may be accomplished. **Plaintiff is informed that his failure to comply with this order will result in a recommendation that the matter be dismissed as to Defendant A. Acevedo pursuant to Rule 4(m).**

IT IS SO ORDERED.

Dated: **April 25, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE