# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN, et al.,<br><br>Defendants. | **Case No. 1:16-cv-01562-LJO-SKO (PC)**<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVICE OF PROCESS ON DEFENDANT A. ACEVEDO, CORRECTIONAL COUNSELOR I**<br><br>**21-DAY DEADLINE** |

     Recently, the United States Marshals Service attempted service on Defendant A. Acevedo, CCI. However, after multiple checks, the California Department of Corrections and Rehabilitation, Kern Valley State Prison, and North Kern State Prison have confirmed that no one by that name and title has worked, or currently works in those facilities. (Doc. 32.) Thus, the Marshals' Service is unable to locate Defendant A. Acevedo CCI for service of process in this action. In the remarks section, there is a note that "[t]he CDCR Litigation Coordinator advise they do not have a counselor by the name A. Acevedo. It is suggested that Plaintiff request an Olsen review of his file and gets the names off his UCC Chrono." (*Id.*)

     Plaintiff is given **one last opportunity** to provide all additional information he believes may assist in identifying and/or locating A. Acevedo, or to identify the person who he believes is named "A. Acevedo." Plaintiff should request an Olsen review of his file and ascertain the name of this defendant from his UCC Chrono as indicated in the unexecuted summons. Plaintiff should include a copy of his UCC Chrono identifying this defendant with his response.

//

1

Based on the foregoing, **within 21 days** from the date of this order, the Court **ORDERS** Plaintiff to provide additional information to identify Defendant A. Acevedo, CCII so that service may be accomplished.  **Plaintiff is informed that his failure to comply with this order will result in a recommendation that the matter be dismissed as to Defendant A. Acevedo pursuant to Rule 4(m).**

IT IS SO ORDERED.

Dated: **June 13, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE