# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN, et al.,<br><br>Defendants. | Case No. 1:16-cv-01562-LJO-SKO (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION FOR COPY OF THE LAST COURT ORDER AND TIME TO RESPOND AS MOOT**<br><br>(Doc. 44) |

On February 21, 2019, Plaintiff filed a motion requesting a copy of the court order on Defendants' motion to dismiss and time to respond. (Doc. 44.) Findings and Recommendations ("the F&R") to deny Defendants' motion to dismiss issued on February 20, 2019, the day before Plaintiff's motion was received, was served on Plaintiff at R.J. Donovan that same date, and provided twenty-one days for filing of objections. (Doc. 43.) It appears Plaintiff's motion crossed in the mail with the F&R, which mooted Plaintiff's motion.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a copy of the last court order and time to respond, filed on February 21, 2019, (Doc. 44), is DISREGARDED since moot.

IT IS SO ORDERED.

Dated: __**February 22, 2019**__    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE