| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN, et al.,<br><br>Defendants. | Case No. 1:16-cv-01562-NONE-SKO (PC)<br><br>**ORDER RESETTING DISPOSITIVE MOTION DEADLINE AND RENAMING CASE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On December 18, 2019, Defendants filed a motion requesting that the dispositive motion deadline be stayed until after the Court rules on their exhaustion-based motion for summary judgment. (Doc. 63.) On December 23, 2019, the Court granted Defendants' motion and vacated the dispositive motion deadline. (Doc. 64.) The Court informed the parties that it would reset the deadline "if and when appropriate." (*Id.* at 2.)

On March 17, 2020, District Judge Drozd adopted the undersigned's findings and recommendations (Doc. 65), granting in part and denying in part Defendants' motion for summary judgment. (Doc. 68.) Pursuant to the order, Defendants Sherman and Hacker were dismissed from this action. (*Id.*)

Given the foregoing, the Court will now reset the dispositive motion deadline and rename this action. Accordingly, the Court **ORDERS**:

1. The deadline for filing pre-trial dispositive motions is **April 30, 2020**.

2. The Clerk of the Court is directed to rename this action to "*Castaneda v. Acebedo, et al.*"

IT IS SO ORDERED.

Dated:  **March 19, 2020**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE