UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. ACEBEDO, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01562-NONE-SKO (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION**<br><br>(Doc. 70) |

　　　　On May 14, 2020, Defendants filed a motion to modify the discovery and scheduling order *nunc pro tunc*. (Doc. 70.) Defendants request that the pretrial dispositive motion deadline be extended to June 14, 2020. (*Id.*) The deadline was April 30, 2020. (Doc. 69.)

　　　　The Court orders Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion **within 21 days** of the date of service of this order. Defendants may file a reply, if any, not more than 7 days after Plaintiff files a response.[1] Local Rule 230(l).

IT IS SO ORDERED.

Dated:  **May 15, 2020**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] If the Court grants Defendants' motion, it will adjust the date to which it extends the dispositive motion deadline accordingly.