UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERMAN, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01562-JLT-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 111) |

  Plaintiff Jesus Bonilla Castaneda is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

  Following a settlement conference held April 25, 2023, before Magistrate Judge Erica P. Grosjean, and pursuant to the minutes for that proceeding, the parties agreed to settle the matter. Dismissal documents were to be filed within 60 days. (*See* Doc. 110 [Minutes].)

  On May 19, 2023, counsel for Defendants J. Acebedo, J. Collins, N. Peterson, C. Pfeiffer and A. Williams filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 111.) The stipulation is signed and dated by Plaintiff Jesus Bonilla Castaneda and Brian S. Chan, counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

//

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **May 22, 2023**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE